07-23073.od

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case Number: 07-23073-CIV-KING-BROWN

AMERICAN SOCIETY FOR TESTING
AND MATERIALS d/b/a ASTM
INTERNATIONAL,

    Plaintiff,

vs.

TARGET ENGENHARIA E. CONSULTORIA
LTDA. Aand TELMEX DO BRASIL LTDA.,

    Defendants.
_____/

## ORDER ON MOTION TO ENFORCE AGREEMENT

**This matter** is before this Court on Defendants' Emergency Motion to Enforce Agreement (D.E. 41). The Court has considered the Motion, the Response, the Reply and all pertinent materials in the file. Additionally, the Court held a hearing on September 9, 2008 and the transcript of that hearing is incorporated herein by reference.

### Facts and Discussion

At the hearing, the parties stipulated that the settlement agreement which has been filed under seal as Exhibit 1 ("Agreement") is a true and correct copy of the agreement between the parties, and that it is valid and enforceable. The parties additionally agreed that absent any ambiguity, the issue of interpretation of the Agreement is one for the Court to determine as a matter of law. See, e.g., Arriaga v. Florida Pacific Farms, L.L.C., 305 F.3d 1228, 1246-47 (11th Cir. 2002).

As announced at the hearing, the Court finds no material issue of fact in dispute with respect

1

to the issues before the Court. The Court finds as a matter of law that paragraph 3 of the Agreement is not ambiguous, and that it provides that the parties stipulated to "the entry in the Brazil Lawsuit" of "Exhibit B," which, the Court finds, is a Portuguese translation of the Consent Judgment and Permanent Injunction which is referenced in paragraph 2 of the Agreement. The issue of whether "Exhibit B" is in a form which may be entered in the Brazil Lawsuit, or if not, what form is required under Brazilian procedural law, is not a matter before the Court on the instant motion.

The Court additionally finds that ASTM did not violate the Agreement by filing the Request for In Camera Proceedings with the Agreement attached as an exhibit. Paragraph 8 of the Agreement states that "the Parties may disclose the terms of and use this Settlement Agreement to enforce any of its terms in any jurisdiction, including ... Brazil." Agreement ¶8. Whether it was necessary for ASTM file the Agreement in the Brazil Lawsuit to enforce its terms is irrelevant, in that ASTM was permitted to file it.

The Court further rejects Defendants' argument that a court order was necessary in order for ASTM to have properly filed the Agreement in Brazil Lawsuit. The language in paragraph 8 which references a court order does not modify the first sentence quoted above, but rather is supplemental thereto, and references other situations in which the language of the Agreement may be an issue.

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Defendants' Emergency Motion to Enforce Agreement is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of September, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable James Lawrence King
Counsel of record